UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| RUSSELL E. CRANKSHAW, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:11-CV-377 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

In an unrelated case--*Parsons v. Southern Tennessee Medical Center, LLC* (1:11-cv-298)-- the Court was presented with the issue of whether a Chapter 13 debtor had standing to pursue her employment discrimination claim. Because similar issues were implicated in the instant case involving Mr. Crankshaw, the Court stayed Mr. Crankshaw's case until a decision was reached in *Parsons*. The Court held a hearing in *Parsons* on May 15, 2013. At the hearing, the parties agreed Ms. Parsons had standing, and the Court determined Ms. Parsons could proceed with her claim.

In light of the Court's determination in *Parsons*, the Court sees no reason that Mr. Crankshaw cannot also proceed with his claim.[1] Accordingly, the Court **LIFTS** the stay in this case. The Court will reset the remaining dates in the scheduling order, including the trial date.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

---

[1] This order only addresses the issue of standing. Issues raised by Defendant in its motion for summary judgment such as judicial estoppel will be addressed separately.