UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


RUSSELL CRANKSHAW                      )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )        No. 1:11-cv-377
                                       )
CSX TRANSPORTATION, INC.               )
                                       )
        Defendant.                     )


## VERDICT FORM


(1)     Do you find from a preponderance of the evidence that Defendant CSX
        TRANSPORTATION, INC. was negligent in a manner claimed by Plaintiff RUSSELL
        CRANKSHAW and that such negligence was a legal cause, in whole or in part, of damage
        to the Plaintiff?

                              _____        ___✓___
                                Yes            No


        *[If you answered "yes" to Question (1), proceed to answer Question (2). If
        you answered "no" to Question (1), do not answer the remaining
        questions.]*


(2)     Do you find from a preponderance of the evidence that Plaintiff RUSSELL CRANKSHAW
        was negligent and that his negligence was a legal cause of any of his damages?

                              _____        _____
                                Yes            No


        *[If you answered "yes" to Question (2), proceed to answer Questions (3)
        and (4). If you answered "no" to Question (2), proceed only to Question
        (4).]*

(3)     Using 100% as the total combined fault, what percentage of the total fault should be allocated to the parties?

Plaintiff RUSSELL CRANKSHAW                         _____ %

Defendant CSX TRANSPORTATION, INC.                  _____ %

                                                    _____ %
                                    **Total     100%**


(4)     What total amount of damages do you find by a preponderance of the evidence has been proven by Plaintiff RUSSELL CRANKSHAW?

Physical Pain and Suffering (Past and Future)              $_____
Mental or Emotional Pain and Suffering (Past and Future)   $_____
Loss of Enjoyment of Life (Past and Future)                $_____
Lost Wages                                                 $_____

                        TOTAL                              $_____

_____                  3-13-14
Foreperson                                 Date

2